# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL D. STATEN  
435 FOREST AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-5045

Case Number: 05-76967

Case filed on: 10/14/2005  
Plan Confirmed on: 4/28/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,522.01         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.00 | 141.00 | 141.00 | 0.00 |
|  | Total Administration | 141.00 | 141.00 | 141.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 003 | ELIZABETH RENTZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERSTATE FUNDING CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL D. STATEN | 0.00 | 0.00 | 470.28 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 470.28 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 5,800.00 | 5,800.00 | 5,800.00 | 559.46 |
| 002 | WINNEBAGO COUNTY CLERK | 1,656.00 | 1,433.55 | 1,433.55 | 122.66 |
| 004 | WINNEBAGO COUNTY CLERK | 1,075.00 | 905.39 | 905.39 | 89.28 |
|  | Total Secured | 8,531.00 | 8,138.94 | 8,138.94 | 771.40 |
| 001 | FORD MOTOR CREDIT CORP | 182.18 | 182.18 | 182.18 | 16.69 |
| 006 | CBUSAEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HSBC BANK NV FDA HHLB | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 582.99 | 582.99 | 582.99 | 53.09 |
| 010 | SEARS MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | UNITED BILLING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | UNION PLUS ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 225.33 | 225.33 | 225.33 | 20.53 |
| 014 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 990.50 | 990.50 | 990.50 | 90.31 |
|  | Grand Total: | 10,862.50 | 10,470.44 | 10,940.72 | 861.71 |

Total Paid Claimant:     $11,802.43  
Trustee Allowance:       $719.58  
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan